An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FERRILL JOSEPH VOLPICELLI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67563

**FILED**

APR 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from "the Motion to Correct Judgment of Conviction's Order filed/entered on or about the 2nd day of March, 2015." Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

On March 2, 2015, the district court entered an amended judgment of conviction nunc pro tunc to December 12, 2003, the date of the original judgment of conviction, which corrects a clerical error changing the reference to "Nevada State Prison" to the "Nevada Department of Corrections," and removing a testing fee of $150. Our review of this appeal reveals a jurisdictional defect. The amended judgment of conviction makes no substantive changes to appellant's rights; therefore appellant is not an aggrieved party. *See* NRAP 3B; NRS 177.015(1). The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). No statute or court rule provides for an appeal by

15-12087

a non-aggrieved party. Therefore we lack jurisdiction to entertain this appeal and we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Scott N. Freeman, District Judge
Ferrill Joseph Volpicelli
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

---

1 Although appellant has not been granted permission to file documents in this matter in proper person, see NRAP 46(b), we have received and considered appellant's proper person documents.